IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARANESIA SABRINA SELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-1149 |
| ) | Judge Trauger |
| FIRST MEDICAL MANAGEMENT, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## O R D E R

On July 13, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the defendant (Docket No. 18) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

ENTER this 13th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge